AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Liberty Corporate Capital LTD,<br>        Plaintiff(s),<br><br>vs<br><br>Palmetto Bluff Shooting Club LLC; Palmetto Bluff Development LLC; Palmetto Bluff Real Estate Company LLC; May River Forest LLC; Palmetto Bluff Company LLC f/k/a Crescent Communities LLC; Crescent Communities Realty LLC; Montage Hotels & Resorts LLC,<br>        Defendant(s). | )  9:19-cv-00521-SAL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMARY JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the date of _____%, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____.

✔ other: Summary Judgement is entered as to Plaintiff, Liberty Corporate Capital Ltd., and this case is dismissed.

This action was *(check one)*:
❏ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

❏ tried by Judge_____without a jury and the above decision was reached.

✔ decided by the Honorable Sherri A. Lydon, United States District Judge, who grants Plaintiff's Motion for Summary Judgment.

Robin L. Blume
CLERK OF COURT

By: s/Leah Gibbons, Deputy Clerk

August 24, 2021